UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

GALBRAITH & PAUL, INC.,

        Plaintiff,

V.

CHIASSO ACQUISITION LLC,

        Defendant.

---------------------------------------------------------X

Civil Action No. 07-CV-6447

**RULE 7.1 STATEMENT**

**PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiff GALBRAITH & PAUL, INC.** (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

Dated: New York, New York
July 16, 2007

GOTTLIEB, RACKMAN & REISMAN
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

_____
George Gottlieb (GG 5761)
Marc P. Misthal (MM 6636)