UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GALBRAITH & PAUL, INC.             :
                                   :
                                   :
            Plaintiff,             :     07 Civ. 6447 (DC)
                                   :
      v.                           :
                                   :     **NOTICE OF DISMISSAL**
CHIASSO ACQUISITION LLC            :
                                   :
                                   :
            Defendant.             :
-------------------------------------------------------X

      Plaintiff through its attorneys, hereby dismisses the captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York      GOTTLIEB, RACKMAN & REISMAN, P.C.,
       August 28, 2007

                                       By: _____
                                           George Gottlieb (GG 5761)
                                           Marc P. Misthal (MM 6636)
                                           Attorneys for Plaintiff
                                           270 Madison Avenue, 8th Floor
                                           New York, New York 10016
                                           (212) 684-3900