UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GALBRAITH & PAUL, INC.

           Plaintiff,

v.

CHIASSO ACQUISITION LLC

           Defendant.
------------------------------------------------------X



07 CV

**NOTICE OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/07

      Plaintiff through its attorneys, hereby dismisses the captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 28, 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.,

By: *Marc P. Misthal*
George Gottlieb (GG 5761)
Marc P. Misthal (MM 6636)
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

*Plaintiff having dismissed this action, the Clerk of the Court shall close the case.*

*SO ORDERED*

USDJ

8/30/07